

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/11/2025

July 8, 2025

From: Dargan M. Ware
     Davis & Norris, LLP
     The Bradshaw House
     2154 Highland Ave South
     Birmingham, AL 35205

To: Hon. Mary Kay Vyskocil
    United States District Court
    Southern District of New York
    500 Pearl St., Courtroom 18C
    New York, New York, 10007

Re: <u>Febles v. WarnerMedia Direct, LLC</u>, No. 1:25-CV-02446-MKV

Dear Judge Vyskocil,

As you might be aware, on July 2, 2025, Judge Furman issued an Opinion and Order remanding a similar case involving the same Defendant, <u>Lalewicz v. WarnerMedia Direct, LLC</u>, No. 1:24-CV-06173-JMF, to small claims court in Tennessee. On the same date, Defendant WarnerMedia filed a notice of appeal from this order. Two days before Judge Furman's ruling, Judge Rakoff denied a remand motion in another similar case involving the same Defendant, <u>Parker v. WarnerMedia Direct, LLC</u>, No. 1:25-cv-02444-JSR. Plaintiff has requested reconsideration in <u>Parker</u>, but the parties have agreed to stay that as well.

Judge Furman has stayed <u>Lalewicz</u> pending appeal upon agreement of the parties given that the Second Circuit will ultimately resolve which forum should hear the case. To preserve the resources of the Court and the parties in the above-referenced matter, the parties have agreed to stay this matter pending the outcome of the Second Circuit's decision in <u>Lalewicz</u>. The parties thus jointly request that this Honorable Court enter an order staying this litigation pending the Second Circuit's decision in <u>Lalewicz</u>.

/s/    Dargan M. Ware
Attorney for Plaintiff Kristie Febles

---

**Granted. SO ORDERED.** The parties shall file a joint letter proposing next steps within 3 days of the decision of the Second Circuit. The parties shall also file a joint status letter every 45 days in the interim.

Date: July 11, 2025
New York, New York

*Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge