Case 1:25-cv-02446-MKV Document 39 Filed 10/16/26 Page 1 of 1

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_________________
DATE FILED: 10/16/2026

| | | |
|---|---|---|
| **KRISTI FEBLES,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 1:25-CV-02446-MKV** |
| | ) | |
| **WARNERMEDIA DIRECT, LLC,** | ) | |
| | ) | |
| **Defendant.** | ) | |

[PROPOSED] **ORDER OF REMAND**

Upon the parties' Joint Stipulation to Remand to State Court, it is hereby ORDERED that:

1. This action is remanded to the Small Claims division of the District Court of Colbert County, Alabama.
2. Each party is to bear its own costs.
3. The Clerk of Court is respectfully directed to transmit a certified copy of this Order to the Clerk of the Small Claims division of the District Court of Colbert County, Alabama, and to close this case.

**SO ORDERED** this 16th day of October, 2026

/s/ Mary Kay Vyskocil
Hon. Mary Kay Vyskocil
United States District Judge